To District clerk. of The 220 Judicial District.

SS,249-02

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 22 2015
Abel Acosta, Clerk

1. I want to see the Signed oath which must be done, By J.O. Bannon Dep sheriff. There is none,

2. And A LVN can not take A question asked soutement 2 Two days later,

3. The Report says simple Assault.

4. The Public And saftey report was back dated.

5. The First And only S.O. Report was made a day Later, on 8-12-12. when the suppossed incident was suppose to have happened on 8-11-12. ?

6. Even the Accussor said in open court that Eric Ray Price is not and was not guilty.

7. The DA made up A story And then Lead the witness. The only Eye witness who said that I Am not guilty.

8. Profe that my wife had Lung cancer, cured of the Lungs.

9. The Hospital stated that the did treat the only eye witness, for Hypokalemia. A Low Pottassium!

10. There where objections to the Hearay and to the Leading Question's, so they where all Preserved even the running objection which allso coverd the Jury charge!

11. This was and is A viedictive prosecution For Money Grubbing Purposses.

12. I want the certificate that must be Presented to the court.

13. I want All of my wittnisses, and All of my Affidiuts Filed, They were not!

14. There was and is no Profe of any kind that could or would support what the DA's, Extraneous, Acta Accusation where.

15. The B of A Hab was on Appeal which does and did make the Enhancement illegal. Leoma Lavance the District clerk of the 220th Judicial district does have a coppie of this illegality.

16. I know that I have, not had, but have Filed TWO ② 11.07 writt of Habinse corpuses, And one was Accepted, which one? The court still made a very bad, Miss carriage of Justice!

17. I Did and have been requesting the cop video's. Detectives videos, The so office video, The store of wraglers video. The trial video. The statements and All. But you held them back and sent in the 11.07 when I Ask for copies And I do have A letter From Judge Phill Robertson stateing that he sent A copie to the DA.

18. All of this is the responsibility of the 220th Judicial District, And the clerk of said court. Leoma Larance!

19. The 20 days has elapsed since my First request. And the court of Appeals in Austin TX, saxe that they did recieve, Document and File my 11.07 on CR 07808. B. WR, 55,248.-02 By Abel Acostal. clerk of said court.

20. The Altered state of mind was proved in the CR. 0780B By the officer, by the Hospital, and by the witnesses own statement.

21. This court knows that I Am Filing all of my work Pro. sea, As A Laymen of Law!

22. so to stop Any misscarriage of Justice, this court, And the court of Appeals of Texas should expand. the record so it can do A Proper Job, I Am not Guilty.

23. And since I Am not guilty, I do wish for and I do want All of my witnesses to be Present. The out come of this so called Hearing will be different.

24. The Proof of An illegally played CD 07, and A phone recording?

25. The Proof of the Jury being Present At the 220th Judicial court, while the supposed defendant was not Present. And this is and was a cruical Part of the trial, !

I would like for this back signed Filed and dated.

26. I want to make sure that the court got my 4 Envelope Large 11.07. Thank you.